UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH END CHAMBER OF COMMERCE, INC., et al.<br><br>                   Plaintiffs,<br><br>vs.<br><br>CITY OF BOSTON,<br><br>                   Defendant. | CIVIL ACTION NO. 1:24-cv-10039-LTS<br><br><br>**NOTICE OF APPEARANCE** |

## **NOTICE OF APPEARANCE OF KIERAN G. ALTIERI**

Please enter my Appearance in the above-captioned case as counsel for all plaintiffs, listed below:

NORTH END CHAMBER OF COMMERCE, INC.,

119 SALEM ST., INC., d/b/a RISTORANTE EUNO,

ANTICO FORNO, INC., d/b/a ANTICO FORNO,

AQUA PAZZA, INC., d/b/a AQUA PAZZA,

ASSAGGIO, INC., d/b/a ASSAGGIO,

CASARECCE LLC, d/b/a CASARECCE RESTAURANT,

DOLCE, INC., d/b/a DOLCE,

FULL COMP, INC., d/b/a MARE OYSTER BAR,

IL PANINO EXPRESS, INC., d/b/a QUATTRO RISTORANTE,

IL PANINO, INC., d/b/a TRATTORIA IL PANINO [PARMENTER ST.],

MARNICO, INC., d/b/a NICO RISTORANTE,

MONICA'S TRATTORIA ON PRINCE, INC., d/b/a MONICA'S TRATTORIA,

MONICA'S, INC., d/b/a MONICA'S RESTAURANT, and d/b/a VINOTECA DI MONICA,

NICOMAR, INC., d/b/a STREGA,

SCHIAFFO, INC., d/b/a CARMELINA'S,

STREGA PIZZERIA & CAFÉ CORP., d/b/a RINA'S,

TERRAMIA, INC., d/b/a TERRAMIA RISTORANTE,

TRATTORIA IL PANINO HANOVER, INC., d/b/a TRATTORIA IL PANINO [HANOVER ST.],

TRESCA RESTAURANT GROUP, LLC, d/b/a TRESCA,

UMBRIA NORTH END, INC., d/b/a UMBRIA,

VADO PAZZO, INC., d/b/a BRICCO RISTORANTE & ENOTECA, and

VILLA FRANCESCA'S, INC., d/b/a RISTORANTE VILLA FRANCESCA,

/s/ Kieran G. Altieri
_____
Kieran G. Altieri (BBO No. 690310)
ALTIERI & FIRRIOLO, PLLC
271 Derry Road – Suite 1
Litchfield, N.H. 03052
(603) 413-5285
kaltieri@altierilaw.net