UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:24-CV-10039

NORTH END CHAMBER OF COMMERCE et al,

   **Plaintiff,**

v.

CITY OF BOSTON,

   **Defendant.**

## NOTICE OF APPEARANCE

Please enter the appearance of Samuel Dinning as an attorney for Defendant City of Boston in the above-referenced matter.

Respectfully submitted,

**DEFENDANT CITY OF BOSTON**,

By its attorney:

Adam N Cederbaum
Corporation Counsel

/s/ Samuel Dinning
Samuel Dinning, BBO#704304
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-2014
sam.dinning@boston.gov

Dated: January 10, 2024

## **Certificate of Service**

I hereby certify that on **January 10, 2024**, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Samuel Dinning
Samuel Dinning