**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 1:24-CV-10039-LTS**

NORTH END CHAMBER OF COMMERCE, *et al.*,

        Plaintiffs,

v.

CITY OF BOSTON,

        Defendant.

## ASSENTED-TO MOTION FOR AN EXTENSION OF DEADLINES RELATED TO THE CITY'S MOTION TO DISMISS

Pursuant to Local Rule 7.1, with the assent of the Defendant City of Boston, the Plaintiffs move for a 4-day enlargement of time (until May 20, 2024) to file their opposition to the City's Motion to Dismiss, and for a similar extension of deadlines for submission of reply briefs related to the Motion to Dismiss. The proposed amended schedule is set forth below:

| Filing | Filing Date | Page Length (no change) |
| --- | --- | --- |
| Plaintiffs' Opposition | May 20, 2024 | 50 pages |
| City of Boston's Reply | June 3, 2024 | 10 pages |
| Plaintiffs' Sur-Reply | June 17, 2024 | 10 pages |

Due to the nature of the motion and the City's assent, no statement of reasons is provided herewith, and Plaintiffs respectfully request that the Court issue an order adopting the amended schedule and extending the deadlines.

1

Dated: May 14, 2024                    Respectfully submitted,

PLAINTIFFS,

By their attorneys:

/s/ *Thomas C. Frongillo*
Thomas C. Frongillo (BBO # 180690)
CAMPBELL CONROY & O'NEIL, P.C.
20 City Square
Suite 300
Boston, MA 02129
(617) 241-3092
tfrongillo@campbell-trial-lawyers.com

James J. Cipoletta (BBO #084260)
Law Offices of James J. Cipoletta
Hagman Professional Building
207 Hagman Road, Ste 2nd Floor
Winthrop, MA 02152
(781) 289-7777
jim@cipoletta.com

Kieran G. Altieri (BBO #690310)
Altieri Law & Consulting, PLLC
100 Cambridge Street – 14th Floor
Boston, MA 02114
(603) 413-5285
kaltieri@altierilaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on **May 14, 2024**, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Kieran G. Altieri
Kieran G. Altieri