UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:24-CV-10039-LTS

| | |
|---|---|
| NORTH END CHAMBER OF COMMERCE, *et al.*, | |
| Plaintiffs, | |
| v. | |
| CITY OF BOSTON, | |
| Defendant. | |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE
HEARING ON MOTION TO DISMISS**

Defendant City of Boston moves to continue the date of the hearing on its motion to dismiss currently set for November 25, 2024. As grounds for the motion, Defendant states as follows:

1. On November 1, 2024, the District Court entered an order setting a hearing on Defendant's motion to dismiss for November 25, 2024, at 3:00 PM.

2. The current hearing date poses a scheduling conflict for Defendant. Specifically, one of Defendant's trial counsel has a prepaid flight scheduled on the afternoon of November 25 for the Thanksgiving holiday.

3. Plaintiffs assent to Defendant's motion.

4. The parties have conferred about alternative dates. Both defense counsel and plaintiffs' counsel are available on any date during the first three weeks of December except for December 2 and December 5. Defendant requests that if one of these dates is available to the Court, the hearing be continued until then.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant its motion, continue the hearing on its motion to dismiss until one of the proposed alternative dates in December and grant such other and further relief as it deems just and proper.

Date:  November 1, 2024                             Respectfully submitted,

**DEFENDANT CITY OF BOSTON**

By its attorneys:

Adam Cederbaum
Corporation Counsel

s/ Randall F. Maas
Samantha H. Fuchs (BBO # 708216)
Senior Assistant Corporation Counsel
City of Boston Law Department
One City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4034
Samantha.Fuchs@boston.gov
Randall F. Maas (BBO # 684832)
Senior Assistant Corporation Counsel
City of Boston Law Department
One City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4042
randall.maas@boston.gov

Sam Dinning (BBO #704304)
Senior Assistant Corporation Counsel
City of Boston Law Department
One City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4034
samuel.dinning@boston.gov

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

  I hereby certify that on November 1, 2024, defense counsel conferred with opposing counsel and opposing counsel assented to the requested relief.

               */s/ Randall F. Maas*
               Randall F. Maas

**CERTIFICATE OF SERVICE**

  I, Randall Maas, hereby certify that on November 1, 2024, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

               */s/ Randall F. Maas*
               Randall F. Maas