*For Policy and Discussion Purposes Only*

# Public Outdoor Dining By the Numbers (Outdoor type)*

| Neighborhood | Sidewalk | Street | Both | Pub Type Other | Total | % of Total |
|---|---|---|---|---|---|---|
| Downtown | 39 | 62 | 18 | 1 | 84 | 21% |
| North End | 6 | 70 | 2 | 4 | 78 | 19% |
| Back Bay | 29 | 37 | 16 | 1 | 51 | 12% |
| South Boston | 16 | 30 | 11 | 2 | 37 | 9% |
| South End | 18 | 24 | 8 | 3 | 37 | 9% |
| Allston/Brighton | 12 | 12 | 6 | 2 | 20 | 5% |
| East Boston | 11 | 12 | 3 | 0 | 20 | 5% |
| Jamaica Plain | 11 | 11 | 3 | 0 | 19 | 5% |
| Fenway | 7 | 9 | 2 | 1 | 15 | 4% |
| Dorchester | 8 | 12 | 7 | 2 | 15 | 4% |
| Roslindale | 4 | 6 | 3 | 1 | 8 | 2% |
| Roxbury | 3 | 4 | 0 | 1 | 8 | 2% |
| Mission Hill | 0 | 6 | 0 | 0 | 6 | 1% |
| Charlestown | 3 | 5 | 2 | 0 | 6 | 1% |
| Mattapan | 2 | 3 | 1 | 0 | 4 | 1% |
| West Roxbury | 1 | 0 | 0 | 0 | 1 | 0% |
| Hyde Park | 0 | 0 | 0 | 0 | 0 | 0% |
| Total | 170 | 303 | 82 | 18 | 409 | 100% |

*Some concerns about how restaurants selected outdoor type - this is self-reported data

To:        Outdoor Dining Team
From:      Jake Mayo
Subject:   Outdoor Dining Potential Fee Structures
Date:      2/2/2022

**Proposal:**
Since the majority of the cost to run the Outdoor Dining program will come from replacing parking, the team is recommending having restaurant owners in high concentration neighborhood(s) find replacement parking. The City could help draw the boundaries which individual restaurant owners could secure private parking from as part of their application process, but the restaurant owner would have to secure the spots independently. The restaurant owner will be required to secure as many parking spaces as their onstreet patios consume. A rough estimate of a cost to secure a parking space in nearby garages is $450 per month and patio sizes ranged from 2-4 spaces last year. This structure would have the parking garages collect the payments. The City's role would be collaborating with the parking garages to ensure restaurant owners are securing these spaces as part of the approval process.

While there are other costs associated with operating an outdoor dining program (i.e. enforcement), those costs could be covered by the City and not passed onto the restaurant owners.

This structure poses a few questions:
- Does the City have the authority to make securing parking part of the outdoor dining application process in certain parts of the city?
    - Note, depending on the size of the patio, the overall cost to a restaurant owner could exceed $10,000/year.
- How quickly can we get garages onboard with this structure? How could the City help facilitate this process for restaurant owners?

1

**For Policy and Discussion Purposes Only**

**Who Gets Charged:**

One of the top considerations of which restaurants should be charged a fee is density. One density metric is how much parking is being occupied by Outdoor Dining. While we don't have this metric for every neighborhood, we have estimates in three of the densest neighborhoods, North End, Back Bay (Comm. Ave, Boylston, Beacon, Arlington), and Downtown (as defined by BPDA). While we don't have full data for other neighborhoods, we don't expect them to be near the level of concentration as these three neighborhoods.

On-Street Parking Occupied by Outdoor Dining (Outdoor Dining/Total Parking Spaces):
- North End: 10.8% (181/1,675)
- Back Bay: 2.6% (65/2,529)
- Downtown:   (XX/1,900)  [Commented [Jacob Mayo1]: Numerator still being counted]

One other metric to look at is on-street dining as a percentage of population. North End, Downtown and Back Bay have the highest percentage, but only North End is above 0.5% on-street restaurants per the neighborhood population.

| Neighborhood | Population Census 2020 | On Street Rest. 2021 | Restaurants/Pop. |
|---|---|---|---|
| **North End** | **10,805** | **70** | **0.65%** |
| Downtown | 13,451 | 62 | 0.46% |
| Back Bay | 19,588 | 37 | 0.19% |
| South End | 29,373 | 24 | 0.08% |
| South Boston | 43,496 | 30 | 0.07% |
| Allston/Brighton | 76,951 | 20 | 0.03% |
| Mission Hill | 17,886 | 6 | 0.03% |
| Jamaica Plain | 41,012 | 11 | 0.03% |
| Charlestown | 19,120 | 5 | 0.03% |
| East Boston | 43,066 | 12 | 0.03% |
| Fenway/Kenmore | 37,733 | 9 | 0.02% |
| Roslindale | 29,386 | 6 | 0.02% |
| Roxbury | 54,905 | 4 | 0.01% |
| Dorchester | 122,191 | 12 | 0.01% |
| West Roxbury | 31,561 | 0 | 0.00% |
| Hyde Park | 33,009 | 0 | 0.00% |
| West End | 7,705 | 0 | 0.00% |
| Beacon HIll | 9,336 | 0 | 0.00% |

2

**For Policy and Discussion Purposes Only**

**Amount to Charge:**
The analysis conducted to determine the amount to charge was built assuming the City would be charging a fee. If instead the City requires restaurants in certain areas to pay to replace parking instead then this section can be skipped.

There are a few methods of determining how much to charge restaurant owners for outdoor dining:
1. Estimated Expense of Program for City
2. Willingness to Pay
3. Cost of the Curb

The range of these estimates is $6,232 - $10,000+. A decision needs to be made if the fee should cover the expected cost to the City, or if the City is willing to pay for some of the associated expenses. If the decision is to subsidize the program the fees we charge restaurants could be lower than the range mentioned above. Reducing the fee to $3,000 would result in an estimated cost to the City between $370K-$810K.

As a point of comparison, Seattle proposed a $4,000 fee (not enacted yet) while Cambridge and Brookline are in the $700-$1,200 range for this year.

The cost estimate for the program is largely driven by parking. As a result, a fee structure that could cover these costs should be tied to the amount of space each restaurant takes.

A potential square footage structure could be:

| Square Feet | Monthly Fee / Expected Cost |
|---|---|
| 100-200 Square Feet (13.3 - 26.6 curb ft) | $450 |
| 200–300 Square Feet (26.6 - 40 curb ft) | $900 |
| 300+ (40+ curb ft) | $1,350 |

**Commented [Jacob Wessel2]:** Most North End patios (over 75%) fall into this category

*1. Estimated Expense of the Program for the City*

When accounting for the cost to the City to run this program there could be two main costs. If pursued, alternative parking in high density areas could be the largest cost driver. Additionally, enforcement from BTD and Code Enforcement will carry some costs for the program. Over the term of the program (8 months), the range of the expenses to the City is estimated to be $8,714 - $15,000 per outdoor dining restaurant in high density areas. This

3

**For Policy and Discussion Purposes Only**

assumes we replace parking for 150-250 spots and have a dedicated BTD and a dedicated Code Enforcement professional in the area. These professionals will likely be from the pool of employees already on staff which may generate some overtime expennses. This is factored into the range

| Parking | Min | Max | Average | Notes |
|---|---|---|---|---|
| # of spots | 150 | 250 | 200 | |
| Est. Cost/Month | $425 | $475 | $450 | *Based on estimate at hertz garage |
| Monthly Cost | $63,750 | $118,750 | $90,000 | |
| Program Cost | $510,000 | $950,000 | $720,000 | *8 Months |

| Enforcement Costs (Yearly) | Min | Max | Average | Notes |
|---|---|---|---|---|
| BTD | $60,000 | $60,000 | $60,000 | *need to get actual estimates here |
| Code Enforcement | $60,000 | $60,000 | $60,000 | *need to get actual estimates here |
| Total Enforcement | $120,000 | $120,000 | $120,000 | |
| – Expected Rev. | $20,000 | $20,000 | $20,000 | |
| Total Enforcement – Rev | $100,000 | $100,000 | $100,000 | *need to get actual estimates here |
| | | | | |
| Total Cost | $610,000 | $1,050,000 | $820,000 | |
| | | | | |
| # of Restaurants | 70 | 70 | 70 | |
| | | | | |
| Cost/Restaurant | $8,714 | $15,000 | $11,714 | |
| Monthly Fees | $1,089 | $1,875 | $1,464 | |

**Commented [Jacob Mayo3]:** These costs are just placeholder estimates for now. Still tracking down more accurate numbers

**Commented [Jacob Mayo4]:** These costs are just placeholder estimates for now. Still tracking down more accurate numbers

**Commented [Jacob Mayo5]:** These costs are just placeholder estimates for now. Still tracking down more accurate numbers

**Commented [Jacob Mayo6]:** These costs are just placeholder estimates for now. Still tracking down more accurate numbers

**Commented [Jacob Mayo7]:** These costs are just placeholder estimates for now. Still tracking down more accurate numbers

**Commented [Jacob Mayo8]:** These costs are just placeholder estimates for now. Still tracking down more accurate numbers

Notably, if parking is removed from the equation than the cost of the program per restaurant is ~$1,250

*2. Willingness to Pay*

| Avg. Cost per person per dinner | $41.54 | *From RKMA industry report |
|---|---|---|
| Seats in Avg. Outdoor Space | 20 | *Based on mockup drawings |
| Turnover (tables/night) | 3 | *industry average per dinner |
| Days/Week | 5 | *assuming closed or slow 2 days week |
| Revenue per week | $12,462 | *calculated from above |
| Profit margin | 4% | *Industry Average |
| Profit/week | $498 | *Calculated |

4

**For Policy and Discussion Purposes Only**

|  |  |  |
|---|---|---|
| **Annual Willingness to Pay (8 Months)** | **$17,447** | *Multiplied by 35 weeks (8 months) |

Much of this analysis relies on using industry average assumptions. If an individual restaurant has less frequent turnover or a lower profit margin, they'd have a significantly lower willingness to pay. For example, if you use more conservative assumptions such as assuming each seat only gets used one time a day, the willingness to pay would drop to $5,816

Note: this willingness to pay excludes any setup cost resulting from building out the space.

*3. True Cost of Parking*
An analysis was done back in 2014 to value the price of a parking spot for CarShare Boston. This included estimated costs for construction and maintenance as well as enforcement costs. Updated for inflation, this analysis estimates the cost of parking in Boston to be $4,674 per metered spot per year. With most on-street outdoor dining locations taking up two parking spots, but only operating eight months a year, that'd result in an estimate of **$6,232** in cost per restaurant (two spots) or **$3,116** (for one spot).

**Frequency:**

The last major decision is how to collect payments and how frequently payments should be collected. In terms of frequency, there are a few options for collection, monthly, annually (program-length) or twice during the year collection. If we pursue restaurant owners securing their own spaces, this decision can be made by the parking garages. If the City decides to impose a fee, there are a few considerations to keep in mind:

Monthly payments would allow restaurants to use the revenues generated from the new outdoor dining space to pay the fees, but would require a higher burden from City Officials to collect fees every month.

Annual fees would be easier to process and manage, but would require restaurants to pay the fee before they see any benefit from outdoor dining. If a restaurant doesn't have a lot of cash on hand, this could be a significant barrier to participating in outdoor dining.

Twice a year fees allow restaurants to spread out the payments and is a lower burden on the city's ability to collect payments compared to the monthly structure.
**Other Cities Outdoor Dining Fee Structure:**

**Seattle:**

5

**For Policy and Discussion Purposes Only**

- Proposed $4,000 fee for all outdoor eateries in a lump sum at start of year. Had a lot of push back and is now reconsidering fee amount, potentially reducing to $2,000

**Cambridge:**
Season is Apr. 1-Nov. 30

- $750 fee for serving alcohol in public right of way
- $75 fee to Public Works for use of Streets or Sidewalk
- $250 fee to Traffic, Parking and Transportation department if on street
- Private spaces: $250 fee for serving alcohol in outdoor private space

**Brookline**:
Splits their fee based on type of permit, including seasonal (ending Apr. 1 - Nov. 15 vs. Annual year round)

**OUTDOOR SEATING LICENSE FEES:** The Licensee must pay be all required application and license fees in connection with Outdoor Seating License.

|  | Fee Effective April 1, 2022 | Fee Effective January 1, 2023* | Fee Effective January 1, 2024* | Fee Effective January 1, 2025* |
|---|---|---|---|---|
| Annual On-Street | $1,285.00 | $4,165.00 | $7,045.00 | $9,925.00 |
| Seasonal On-Street | $680.00 | $2,360.00 | $4,040.00 | $5,720.00 |
| Annual Sidewalk | $360.00 | $360.00 | $360.00 | $360.00 |
| Seasonal Sidewalk | $310.00 | $310.00 | $310.00 | $310.00 |

\* Fee increases must be reviewed and approved by the Select Board prior to implementation.

**Denver:**
- Charging quarterly fees of $50/quarter for each quarter a restaurant pursues outdoor dining
  - This is the temporary fee, noted that structure may change for a permanent process

**Longer Term Considerations:**
- Charging for residential parking permits
- Permanent process fees for all restaurants and/or restaurants in locations that meet a certain criteria

6