UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**North End Chamber of Commerce, Inc. et al**
      Plaintiffs

                                        CIVIL ACTION NO.:
      v.                                24-cv-10039-LTS

**City of Boston**
      Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JUDGMENT**
December 20, 2024

Sorokin, D.J.

In accordance with the Order entered on December 20, 2024, allowing the defendant's Motion to Dismiss. The case is closed with each side to bear its own fees and costs

      SO ORDERED.

                                      /s/ Leo T. Sorokin
                                    Leo T. Sorokin
                                    United States District Judge