**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 1:24-cv-10039-LTS**

NORTH END CHAMBER OF COMMERCE, *et al.*,

Plaintiffs,

v.

CITY OF BOSTON,

Defendant.

**NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3 and 4, notice is hereby given that Plaintiffs North End Chamber of Commerce, Inc., 119 Salem St., Inc., d/b/a Ristorante Euno, Antico Forno, Inc., d/b/a Antico Forno, Aqua Pazza, Inc., d/b/a Aqua Pazza, Assaggio, Inc., d/b/a Assaggio, Dolce, Inc., d/b/a Dolce, Full Comp, Inc., d/b/a Mare Oyster Bar, Il Panino Express, Inc., d/b/a Quattro Ristorante, Il Panino, Inc., d/b/a Trattoria Il Panino [Parmenter St.], Marnico, Inc., d/b/a Nico Ristorante, Monica's Trattoria on Prince, Inc., d/b/a Monica's Trattoria, Monica's, Inc., d/b/a Monica's Restaurant, and d/b/a Vinoteca di Monica, Nicomar, Inc., d/b/a Strega, Schiaffo, Inc., d/b/a Carmelina's, Strega Pizzeria & Café Corp., d/b/a Rina's, Terramia, Inc., d/b/a Terramia Ristorante, Trattoria Il Panino Hanover, Inc., d/b/a Trattoria Il Panino [Hanover St.], Tresca Restaurant Group, LLC, d/b/a Tresca, Umbria North End, Inc., d/b/a Umbria, Vado Pazzo, Inc., d/b/a Bricco Ristorante & Enoteca, and Villa Francesca's, Inc., d/b/a Ristorante Villa Francesca, by and through their undersigned counsel, hereby jointly appeal to the United States Court of Appeals for the First Circuit from the Order and Judgment (Docket Entry Nos. 39 and 40) filed and docketed in this action on December 20, 2024, allowing the Defendant City of Boston's Motion to Dismiss

(Docket Entry No 22), and all interlocutory and related orders that gave rise to the judgment, including but not limited to the Order dated December 5, 2024 (Docket Entry No. 37) denying the Plaintiffs' Motion to Continue the Hearing Scheduled for December 6, 2024 (Docket Entry 36).

Respectfully submitted,

*/s/ Thomas C. Frongillo*
Thomas C. Frongillo (BBO#180690)
CAMPBELL CONROY & O'NEIL, P.C.
20 City Square, Suite 300
Boston, MA  02129-3733
(617) 241-3000
tfrongillo@campbell-trial-lawyers.com

*/s/ Kieran G. Altieri*
Kieran G. Altieri (BBO#690310)
ALTIERI LAW & CONSULTING PLLC
100 Cambridge Street – 14th Floor
Boston, MA 02114
(603) 413-5285
kaltieri@altierilaw.net

*/s/ James J. Cipoletta*
James J. Cipoletta (BBO#084260)
207 Hagman Road - Suite 200
Winthrop, Massachusetts 02152
Telephone (781) 289-7777
jim@cipoletta.com

DATED: January 14, 2025

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

        I, Kieran G. Altieri, counsel for Plaintiffs, hereby certify that on January 14, 2025, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the Court's electronic filing system, which will send notification of the filing to all counsel of record.

*/s/ Kieran G. Altieri*
Kieran G. Altieri
